## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| DWAYNE J. WINGO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Consolidated Case |
| v. | ) | No. 4:12CV2072 SNLJ |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |
| DWAYNE J. WINGO | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Associated Case |
| v. | ) | No. 4:12CV2073 ERW |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon petitioner's motion to consolidate. Petitioner has filed two applications for writ of habeas corpus relating to two convictions relating to the same underlying legal issues and claims. Because the petitions involve common questions of law and fact, the Court finds that the cases should be consolidated under Fed. R. Civ. P. 42 to avoid unnecessary costs and to promote judicial efficiency.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to consolidate [Doc. #4] is **GRANTED**.

**IT IS FURTHER ORDERED** that Wingo v. Steele, 4:12CV2073 ERW, is consolidated into Wingo v. Steele, 4:12CV2072 SNLJ, for remaining briefing. All future pleadings shall be filed as Consolidated Case No. 4:12CV2072 SNLJ, with the consolidated case caption set forth above.

Dated this 10th day of January, 2013.

*/s/ Stephen N. Limbaugh, Jr.*
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE