UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWAYNE J. WINGO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:12CV2072 SNLJ |
| | ) |
| TROY STEELE, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

In accordance with the Consolidation Order entered this same date, petitioner shall file an amended petition in this action within thirty (30) days of the date of this Memorandum and Order setting forth his consolidated claims.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner shall file an amended petition no later than thirty (30) days of the date of this Memorandum and Order setting forth his consolidated claims.

Dated this 10th day of January, 2013.

*[signature]*
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE