UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWAYNE J. WINGO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:12CV2072 SNLJ |
| | ) |
| TROY STEELE, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Before the Court is petitioner's motion for extension of time to file an amended petition. Petitioner's motion will be granted. In accordance with this extension, the Court will also modify respondent's date to file a response to the amended petition.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for extension of time to file an amended petition [Doc. #10] is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner shall file an amended petition in this action, setting forth his consolidated claims, no later than **March 10, 2013**.

**IT IS FURTHER ORDERED** that respondent shall show cause, in writing, no later than **April 25, 2013**, why the relief requested in the amended petition

should not be granted.  Respondent's brief shall address the merits of all grounds for relief alleged in the petition.  In addition, it must state whether any ground in the petition is barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or a statute of limitations.

**IT IS FURTHER ORDERED** that if petitioner chooses to file a reply to respondent's answer to the petition, the reply shall be filed no later than **June 25, 2013**.

Dated this   23rd   day of January, 2013.


                    /s/ Terry I. Adelman
            UNITED STATES MAGISTRATE JUDGE