UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DWAYNE J. WINGO, )
)
        Petitioner, )
)
vs. ) Case No. 4:12CV02072 SNLJ
)
TROY STEELE, )
)
        Respondent. )

## **MEMORANDUM AND ORDER**

This matter is before me on the petition for writ of habeas corpus filed by Petitioner Dwayne J. Wingo. I referred this matter to United States Magistrate Judge John M. Bodenhausen, for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On November 23, 2015, Judge Bodenhausen filed his recommendation that Wingo's habeas petition should be dismissed.

Objections to Judge Bodenhausen's Report and Recommendation were filed. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Bodenhausen and deny Wingo's habeas petition for the reasons stated in the Report and Recommendation dated November 23, 2015.

I have also considered whether to issue a certificate of appealability. To grant a certificate of appealability, the Court must find a substantial showing of the denial of a federal constitutional right. *See Tiedeman v. Benson*, 122 F.3d 518, 522 (8th Cir. 1997). A substantial showing is a showing that issues are debatable among reasonable jurists, a Court could resolve the issues differently, or the issues deserve further proceedings. *Cox*

*v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997) (citing *Flieger v. Delo*, 16 F.3d 878, 882-83 (8th Cir. 1994)). Because Wingo has not made such a showing in this case, I will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that Judge Bodenhausen's Report and Recommendation, #22, filed November 23, 2015 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner's Amended Petition for Writ of Habeas Corpus, #13, is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability. A separate Judgment in accordance with this Memorandum and Order is entered this same date.

Dated this 13th day of January, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE